AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 13-mj-1087-RBC
)
One Samsung Black and Green Cellular Telephone, )
Serial Number RPGQ621511Y )
)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Massachusetts__
*(identify the person or describe the property to be searched and give its location)*:
One Samsung Black and Green Cellular Telephone, Serial Number RPGQ621511Y;

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
evidence of drug trafficking and identity theft, including cell phone contents such as names, telephone numbers, photographs, text messages, notes, recent calls and other information relating to drug trafficking customers, suppliers and co-conspirators and true names of imposters.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before         __March 29, 2013__
                                                                *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__ROBERT B. COLLINGS__                                                        .
         *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for __20__ days *(not to exceed 30)*.
                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   MAR 1 9 2013
                        ~~03/18/2013 9:00 am~~
                        at 2:25 pm                              _____
                                                                *Judge's signature*

City and state:         _____, MA                            ROBERT B. COLLINGS, U.S. MAGIS. JUDGE
                                                                *Printed name and title*

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 13-MJ-1087-RBC | Date and time warrant executed: <br> March 25, 2013  12:11 pm. | Copy of warrant and inventory left with: <br> To be sent to Attorney Erkan |
| Inventory made in the presence of : <br> SA Chris Diorio |||
| Inventory of the property taken and name of any person(s) seized: <br><br> 1) Phone content – Samsung Black and Green cellular telephone (model SGH-T539) serial number RPG0621511Y |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/25/2013

_Sean Rafferty_
Executing officer's signature

Sean Rafferty   Special Agent
Printed name and title